THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 South Carolina
 Department of Social Services, Respondent,
 
 
 
 
 

v.

 
 
 
 T. L. F.,
 a.k.a. T.R.-F. and John Doe, Defendants,
 
 
 Of whom, T.L.F.,
 a.k.a. T.R-F. is the Appellant.
 
 
 In the interest of a minor child under the age of 18.
 
 
 

Appeal From Sumter County
George M. McFaddin, Jr., Family Court Judge

Unpublished Opinion No.  2011-UP-192
 Submitted April 1, 2011  Filed April 28,
2011

AFFIRMED

 
 
 
 John Evans James, III, of Winnsboro, for
 Appellant.
 Deborah Truett Nielsen, of Bishopville,
 for Respondent.
 Edgar R. Donnald, Jr., of Sumter, Guardian
 Ad Litem.
 
 
 

PER CURIAM: T.L.F. appeals from the family court's final order terminating her parental
 rights to her minor child.  See S.C. Code Ann. § 63-7-2570 (2010).  Upon a thorough review of the
 record and the family court's findings of fact and conclusions of law pursuant
 to Ex Parte Cauthen, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no
 meritorious issues warrant briefing.  Accordingly, we affirm the family court's
 ruling. 
AFFIRMED.[1]
WILLIAMS and
 KONDUROS, JJ., and CURETON, A.J., concur.  
 

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.